C23-4521PCP

United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No. 23-10092-DM |
| Ordell Elizabeth Moon | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 24, 2023 | Form ID: pdfnoa | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ordell Elizabeth Moon, 1905 Bristol St., Petaluma, CA 94954-8531 |
| intp | + | Don Shannon, 420 Lakeville St., Petaluma, CA 94952-3133 |
| | + | Fanny Zhang Wan, Robertson, Anschutz, Schneid & Crane LLP, 350 10th Ave., Suite 1000, San Diego, CA 92101-8705 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 26, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christina J. Khil | on behalf of Creditor Cenlar FSB as Servicer for Citibank  N.A. christinao@mclaw.org, CAND_ECF@mclaw.org |
| David Burchard | TESTECF@burchardtrustee.com  dburchard13@ecf.epiqsystems.com |
| Fanny Zhang Wan | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 fwan@raslg.com, thewanfirm@gmail.com |
| Nathan Frederick Jones Smith | on behalf of Creditor Cenlar FSB as Servicer for Citibank  N.A. nathan@mclaw.org, veronica@mclaw.org |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |

District/off: 0971-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 24, 2023 | Form ID: pdfnoa | Total Noticed: 3

Theron S. Covey on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 tcovey@raslg.com

TOTAL: 6

Official Form 417A (12/18)



FILED

AUG 23 2023

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Ordell Elizabeth Moon

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Dismissing Case #23-10092-DM

2. State the date on which the judgment, order, or decree was entered: August 9, 2023

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Citibank, N.A.   Attorney: Christina J. Khil
   Malcolm Cisneros, A Law Corporation
   2112 Business Center Drive, 2nd Fl
   Irvine, CA 92612
   (949) 252-9400

2. Party: Deutsche Bank Nat'l Trust Co   Attorney: Fanny Zhang Wan
   Robertson, Anschutz, Schneid & Crane LLP
   350 10th Ave., Suite 1000
   San Diego, CA 92101
   (470) 321-7112

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: August 23, 2023

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Don Shannon, Authorized Representative of Appellant/Debtor
420 Lakeview Street
Petaluma, California State
(707) 591-3450

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]