Entered on Docket
August 09, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: August 9, 2023**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-10092-DM |
| ORDELL ELIZABETH MOON, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) HEARING HELD |
| | ) Date: August 9, 2023 |
| | ) Time: 10:10 a.m. |
| | ) Via Tele/Videoconference |
| | ) |

### ORDER DISMISSING CASE

On August 9, 2023, the court held a hearing on the *Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation* ("Motion") (Dkt. 67) and Debtor's *Objection to Any Proof of Claim Filed by Deutsche Bank National Trust Company* ("Objection") (Dkt. 38). Appearances are noted on the record.

For the reasons stated on the record at the August 9 hearing on the Motion and the Objection, the Motion is GRANTED and this case is DISMISSED, provided, however, the court retains jurisdiction to dispose of the Objection.

*** END OF ORDER ***

COURT SERVICE LIST

Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

Donald Shannon
420 Lakeville St.
Petaluma, CA 94952

Case: 23-10092   Doc# 75   Filed: 08/09/23   Entered: 08/09/23 13:37:52   Page 2 of 2

Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: Ordell Elizabeth Moon | Case No.: 23–10092 DM 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 8/9/23 dismissing the above–captioned case effective 8/9/23.

Dated: 8/9/23

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 75

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 8/9/2023 |
| Case: 23−10092 | Form ID: DOC | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        Cenlar FSB as Servicer for Citibank, N.A.
cr        Citibank, N.A.
cr        Cenlar FSB, servicer for Citibank, N.A.

                                                        TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SR      USTPRegion17.SF.ECF@usdoj.gov
tr        David Burchard      TESTECF@burchardtrustee.com
aty      Christina J. Khil      christinao@mclaw.org
aty      Fanny Zhang Wan      fwan@raslg.com
aty      Nathan Frederick Jones Smith      nathan@mclaw.org
aty      Theron S. Covey      tcovey@raslg.com

                                                        TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Ordell Elizabeth Moon      1905 Bristol St.      Petaluma, CA 94954
cr        Synchrony Bank      c/o PRA Receivables Management, LLC      P.O. Box 41021      Norfolk, VA 23541
cr        Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset−Backed Bonds, Series 2005−7      Robertson, Anschutz, Schneid & Crane LLP      350 10th Avenue, suite 1000      San Deigo, CA 92101
intp      Don Shannon      420 Lakeville St.      Petaluma, CA 94952
smg      CA Franchise Tax Board      Bankruptcy Group      P.O. Box 2952      Sacramento, CA 95812−2952
smg      CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280−0001
15490150      Citibank, N.A.      c/o Cenlar, FSB, Attn: Bankruptcy Dept.      425 Phillips Blvd.      Ewing, NJ 08618
15503260      Dan Joyce      85 Cavanaugh Ln      Petaluma, CA 94952
15529585      FRANCHISE TAX BOARD      BANKRUPTCY SECTION MS A340      PO BOX 2952      SACRAMENTO CA 95812−2952
15490218      PHH Mortgage Corporation      Bankruptcy Department−P.O. Box 24605      West Palm Beach, FL 33416−4605
15478345      Trustee Corps      17100 Gillette Ave.      Irvine,CA 92614

                                                        TOTAL: 11

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 8/9/2023 |
| Case: 23−10092 | Form ID: pdfeo | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SR      USTPRegion17.SF.ECF@usdoj.gov
tr      David Burchard      TESTECF@burchardtrustee.com

                                                                                                                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ordell Elizabeth Moon      1905 Bristol St.      Petaluma, CA 94954

                                                                                                                                                        TOTAL: 1