**FilingFeeDue, DebtEd, APPEAL, NSP, DISMISSED**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (Santa Rosa)
### Bankruptcy Petition #: 23-10092

*Assigned to:* Judge Dennis Montali
Chapter 13
Voluntary
Asset

*Date filed:* 02/28/2023
*Debtor dismissed:* 08/09/2023
*341 meeting:* 09/12/2023
*Deadline for filing claims:* 05/09/2023

*Debtor*
**Ordell Elizabeth Moon**
1905 Bristol St.
Petaluma, CA 94954
SONOMA-CA
SSN / ITIN: xxx-xx-9087

represented by **Ordell Elizabeth Moon**
PRO SE

*Trustee*
**David Burchard**
P.O. Box 8059
Foster City, CA 94404
(650) 345-7801

*U.S. Trustee*
**Office of the U.S. Trustee / SR**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

| Filing Date | # | Docket Text |
|---|---|---|
| 02/28/2023 | 1 (7 pgs) | Chapter 13 Voluntary Petition Individual, Fee not paid. Filed by Ordell Elizabeth Moon . Incomplete Filings due by 3/14/2023. Order Meeting of Creditors due by 3/30/2023. (ds) Note: Document missing page 9. Modified on 2/28/2023 (ds). (Entered: 02/28/2023) |
| 02/28/2023 | 2 | Statement About Your Social Security Numbers Filed by Debtor Ordell Elizabeth Moon (ds) (Entered: 02/28/2023) |
| 02/28/2023 |  | Receipt Number 27458EQ1, Fee Amount $313.00 (RE: related document(s)1 Voluntary Petition (Chapter 13)). (jf) (Entered: 02/28/2023) |
| 02/28/2023 | 3 (2 pgs) | Creditor Matrix Filed by Debtor Ordell Elizabeth Moon (ds) (Entered: 02/28/2023) |

| | | |
|---|---|---|
| 02/28/2023 | 4<br>(1 pg) | Certificate of Counseling Filed by Debtor Ordell Elizabeth Moon (ds) (Entered: 02/28/2023) |
| 02/28/2023 | 5<br>(2 pgs; 2 docs) | Order to File Required Documents and Notice of Automatic Dismissal . (ds) (Entered: 02/28/2023) |
| 03/01/2023 | 6<br>(1 pg) | Request for Notice Filed by Creditor Synchrony Bank. (Smith, Valerie) (Entered: 03/01/2023) |
| 03/01/2023 | 7<br>(3 pgs; 2 docs) | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 4/11/2023 at 11:00 AM Tele/Videoconference - www.canb.uscourts.gov/calendars Objection to Dischargeability due by 6/12/2023 Proofs of Claims due by 5/9/2023 Last day to object to confirmation is 4/11/2023 **Confirmation Hearing scheduled for 5/10/2023 at 10:00 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** (Burchard, David (tm)) (Entered: 03/01/2023) |
| 03/01/2023 | 8<br>(2 pgs; 2 docs) | Order Re: Chapter 13 Plan Payments and Adequate Protection Payments (admin) (Entered: 03/01/2023) |
| 03/02/2023 | 9<br>(2 pgs) | BNC Certificate of Mailing (RE: related document(s) 5 Order to File Missing Documents). Notice Date 03/02/2023. (Admin.) (Entered: 03/02/2023) |
| 03/04/2023 | 10<br>(2 pgs) | BNC Certificate of Mailing (RE: related document(s) 8 Order Re Ch 13 Plan and Adequate Protection Payments). Notice Date 03/04/2023. (Admin.) (Entered: 03/04/2023) |
| 03/04/2023 | 11<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 7 Meeting of Creditors Chapter 13). Notice Date 03/04/2023. (Admin.) (Entered: 03/04/2023) |
| 03/06/2023 | 12<br>(2 pgs) | Request for Notice Filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 (Covey, Theron) (Entered: 03/06/2023) |
| 03/09/2023 | 13<br>(4 pgs) | Notice of Appearance and Request for Notice by Christina J. Khil. Filed by Creditor Cenlar FSB as Servicer for Citibank, N.A. (Khil, Christina) (Entered: 03/09/2023) |
| 03/10/2023 | 14<br>(11 pgs) | Motion to Extend Time Filed by Debtor Ordell Elizabeth Moon (lj) (Entered: 03/10/2023) |
| 03/15/2023 | 15<br>(4 pgs; 2 docs) | Order Granting Extension of Time (Related Doc # 14) Incomplete Filings due by 4/27/2023 for 1, (lp) (Entered: 03/15/2023) |
| 03/17/2023 | 16<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 15 Order on Motion to Extend Time). Notice Date 03/17/2023. (Admin.) (Entered: 03/17/2023) |

| | | |
|---|---|---|
| 03/24/2023 | [17](#)<br>(12 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed). *With Proof of Service* Filed by Creditor Citibank, N.A.. (Khil, Christina) (Entered: 03/24/2023) |
| 04/10/2023 | 18 | Notice of Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (rs) DEFECTIVE ENTRY: Clerk docketed in error. The BNC notice will not be generated. Modified on 4/10/2023 (rs). (Entered: 04/10/2023) |
| 04/12/2023 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 5/9/2023 at 02:00 PM at Tele/Videoconference - www.canb.uscourts.gov/calendars. Debtor absent. (Burchard, David) (Entered: 04/12/2023) |
| 04/12/2023 | | Case is transferred to the Chapter 13 Pending List pursuant to the Chapter 13 Calendar Procedures posted on the Court's Website and Chapter 13 Trustee's Website. Confirmation Hearing off calendar . (Burchard, David (tm)) (Entered: 04/12/2023) |
| 04/18/2023 | [19](#)<br>(3 pgs) | Notice Regarding *NOTICE OF ERRATA RE: NOTICE OF MORTGAGE PAYMENT CHANGE with Proof of Service* (RE: related document(s)[17](#) Notice of Mortgage Payment Change (No Proof of Claim Filed). *With Proof of Service* Filed by Creditor Citibank, N.A..). Filed by Creditor Citibank, N.A. (Khil, Christina) (Entered: 04/18/2023) |
| 04/20/2023 | [20](#)<br>(3 pgs; 2 docs) | Application for Notice of Appearance of Next Friend Under Power of Attorney Filed by Interested Party Don Shannon (Attachments: # [1](#) proposed order) (myt) (Entered: 04/20/2023) |
| 04/20/2023 | [21](#)<br>(1 pg) | Declaration of Service (RE: related document(s)[20](#) Motion Miscellaneous Relief). Filed by Interested Party Don Shannon (myt) (Entered: 04/20/2023) |
| 04/26/2023 | [22](#)<br>(3 pgs; 2 docs) | Order Regarding Application for Notice of Appearance of Next Friend Under Power of Attorney (RE: related document(s)[20](#) Motion Miscellaneous Relief filed by Interested Party Don Shannon). (lp) (Entered: 04/26/2023) |
| 04/26/2023 | [23](#)<br>(12 pgs) | Statement of Financial Affairs for Individual Filed by Debtor Ordell Elizabeth Moon (myt) (Entered: 04/27/2023) |
| 04/26/2023 | [24](#)<br>(4 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years. Disposable Income Is Not Determined Filed by Debtor Ordell Elizabeth Moon (myt) (Entered: 04/27/2023) |
| 04/26/2023 | [25](#)<br>(1 pg) | Declaration About Individual Debtor's Schedule Filed by Debtor Ordell Elizabeth Moon (myt) (Entered: 04/27/2023) |
| 04/26/2023 | [26](#)<br>(9 pgs) | Immediate Durable Power of Attorney and Nomination of Conservator (RE: related document(s)[22](#) Order). Filed by Interested Party Don |

| | | |
|---|---|---|
| | | Shannon (myt) (Entered: 04/27/2023) |
| 04/26/2023 | 27 (9 pgs) | Chapter 13 Plan Filed by Debtor Ordell Elizabeth Moon . (myt) (Entered: 04/27/2023) |
| 04/27/2023 | 28 (3 pgs; 2 docs) | Application for Notice of Appearance of Next Friend Under Correct Power of Attorney Filed by Interested Party Don Shannon (Attachments: # 1 proposed order) (myt) (Entered: 04/27/2023) |
| 04/27/2023 | 29 (1 pg) | Declaration of Service (RE: related document(s)28 Motion Miscellaneous Relief). Filed by Interested Party Don Shannon (myt) (Entered: 04/27/2023) |
| 04/27/2023 | 30 (2 pgs; 2 docs) | Notice of Deficient Filing Regarding Obsolete Forms and Dismissal of Case in Event of Failure to Cure Official Forms due by 5/11/2023. (dc) (Entered: 04/27/2023) |
| 04/28/2023 | 31 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 22 Order). Notice Date 04/28/2023. (Admin.) (Entered: 04/28/2023) |
| 04/29/2023 | 32 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 30 Notice of Obsolete Forms). Notice Date 04/29/2023. (Admin.) (Entered: 04/29/2023) |
| 05/01/2023 | 33 (4 pgs; 2 docs) | Order Approving Application for Notice of Appearance of Next Friend Under Power of Attorney (RE: related document(s)22 Order, 28 Motion Miscellaneous Relief filed by Interested Party Don Shannon). (lp) (Entered: 05/01/2023) |
| 05/03/2023 | 34 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 33 Order). Notice Date 05/03/2023. (Admin.) (Entered: 05/03/2023) |
| 05/09/2023 | 35 (3 pgs) | Objection to Confirmation of Plan Filed by Creditor Cenlar FSB as Servicer for Citibank, N.A. (Khil, Christina) (Entered: 05/09/2023) |
| 05/10/2023 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 6/13/2023 at 02:00 PM at Tele/Videoconference - www.canb.uscourts.gov/calendars. Debtor appeared. (Burchard, David) (Entered: 05/10/2023) |
| 05/10/2023 | 36 (41 pgs; 2 docs) | Objection to Proof of Claim (#1) of Citibank N.A. for Cause by Claimant Citibank, N.A. Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon . (Attachments: # 1 proposed order) (myt) (Entered: 05/11/2023) |
| 05/10/2023 | 37 (1 pg) | Notice of Objection to Proof of Claim of Citibank N.A. for Cause and Notice of Hearing (RE: related document(s)36 Objection to Claim Number 1 by Claimant Citibank, N.A. Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon . (Attachments: # 1 proposed order) (myt)). Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (myt) (Entered: 05/11/2023) |

| | | |
|---|---|---|
| 05/10/2023 | 38<br>(38 pgs; 2 docs) | Objection to any Proof of Claim Filed by Deutsche Bank National Trust Company Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon . (Attachments: # 1 proposed order) (myt) (Entered: 05/11/2023) |
| 05/10/2023 | 39<br>(1 pg) | Notice of Objection to Claim of Deutsche Bank National Trust Company for Cause and Notice of Hearing (RE: related document(s)38 Objection to any Proof of Claim Filed by Deutsche Bank National Trust Company Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon . (Attachments: # 1 proposed order) (myt)). Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (myt) (Entered: 05/11/2023) |
| 05/10/2023 | 40<br>(1 pg) | Letter to Synchrony. Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (myt) (Entered: 05/11/2023) |
| 05/10/2023 | 41<br>(15 pgs) | Chapter 13 Plan Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon . (myt) (Entered: 05/11/2023) |
| 05/15/2023 | 42<br>(4 pgs; 2 docs) | Order to File Required Documents (May 26, 2023 Deadline) (RE: related document(s)33 Order). (lp) (Entered: 05/15/2023) |
| 05/15/2023 | 43<br>(5 pgs; 2 docs) | First Amended Objection to Proof of Claim (#1) of Citibank N.A for Cause by Claimant Citibank, N.A. Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon . (Attachments: # 1 proposed order) (myt) (Entered: 05/15/2023) |
| 05/15/2023 | 44<br>(1 pg) | First Amended Notice of Objection to Proof of Claim of Citibank N.A. for Cause and Notice of Hearing (RE: related document(s)43 First Amended Objection to Proof of Claim (#1) of Citibank N.A for Cause by Claimant Citibank, N.A. Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon . (Attachments: # 1 proposed order) (myt)). Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (myt) (Entered: 05/15/2023) |
| 05/15/2023 | 45<br>(1 pg) | Declaration of Service (RE: related document(s)43 Objection to Claim, 44 Opportunity for Hearing). Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (myt) (Entered: 05/15/2023) |
| 05/17/2023 | 46<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 42 Order). Notice Date 05/17/2023. (Admin.) (Entered: 05/17/2023) |
| 05/22/2023 | 47<br>(39 pgs) | Statistical Summary of Certain Liabilities., Summary of Assets and Liabilities for Individual , Schedules A-H. , Declaration About Individual Debtor's Schedule (RE: related document(s)1 Voluntary Petition (Chapter 13), 5 Order to File Missing Documents). Filed by Debtor Ordell Elizabeth Moon (lj) DEFECTIVE ENTRY: Party filer to pay required fee. Added creditor (Entered: 05/22/2023) |

| | | |
|---|---|---|
| 05/22/2023 | 48<br>(2 pgs; 2 docs) | Order and Notice Regarding Failure to Pay Filing Fee (RE: related document(s)47 Statistical Summary of Certain Liabilities filed by Debtor Ordell Elizabeth Moon, Summary of Assets and Liabilities, Schedules A-H, Declaration About Individual Debtor's Schedule). Non-Compliance (Payments) due by 6/5/2023. (lj) (Entered: 05/22/2023) |
| 05/22/2023 | 49<br>(2 pgs; 2 docs) | Notice of Deficiency Letter (RE: related document(s)48 Order and Notice Regarding Failure to Pay Filing Fee (RE: related document(s)47 Statistical Summary of Certain Liabilities filed by Debtor Ordell Elizabeth Moon, Summary of Assets and Liabilities, Schedules A-H, Declaration About Individual Debtor's Schedule). Non-Compliance (Payments) due by 6/5/2023. (lj)). (lj) (Entered: 05/22/2023) |
| 05/24/2023 | 50<br>(2 pgs) | BNC Certificate of Mailing - Fail to Pay Filing Fees. (RE: related document(s) 48 Order to Pay Filing Fee). Notice Date 05/24/2023. (Admin.) (Entered: 05/24/2023) |
| 05/24/2023 | 51<br>(2 pgs) | BNC Certificate of Mailing (RE: related document(s) 49 Notice). Notice Date 05/24/2023. (Admin.) (Entered: 05/24/2023) |
| 05/26/2023 | 52<br>(9 pgs; 2 docs) | Notice of Debtor's Request for Instructive Relief to Make More Definite and Certain the Legal Tender of Payment of Filing Fees Ordered by Court Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (Attachments: # 1 Declaration of Service) (myt) (Entered: 05/30/2023) |
| 05/30/2023 | 53<br>(4 pgs; 2 docs) | Order to Pay Filing Fee (RE: related document(s)48 Order to Pay Filing Fee, 49 Notice, 52 Notice filed by Debtor Ordell Elizabeth Moon, Interested Party Don Shannon). (lp) (Entered: 05/30/2023) |
| 05/31/2023 | 54<br>(6 pgs; 2 docs) | Objection to Confirmation of Plan Filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 (Attachments: # 1 Certificate of Service) (Wan, Fanny) (Entered: 05/31/2023) |
| 06/01/2023 | 55<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 53 Order). Notice Date 06/01/2023. (Admin.) (Entered: 06/01/2023) |
| 06/07/2023 | 56<br>(4 pgs) | Notice Of Affidavit of Impecuniosity together with Declaration of Service Filed by Debtor Ordell Elizabeth Moon (lj) (Entered: 06/07/2023) |
| 06/07/2023 | 57<br>(3 pgs; 2 docs) | Order Regarding Outstanding Fee (RE: related document(s)53 Order). (lp) (Entered: 06/07/2023) |

| | | |
|---|---|---|
| 06/08/2023 | [58](#)<br>(3 pgs) | Notice of Hearing (RE: related document(s)43 First Amended Objection to Proof of Claim (#1) of Citibank N.A for Cause by Claimant Citibank, N.A. Filed by Debtor Ordell Elizabeth Moon, Interested Party Don Shannon. (Attachments: # 1 proposed order) (myt)). **Hearing scheduled for 7/12/2023 at 10:15 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Creditor Cenlar FSB as Servicer for Citibank, N.A. (Smith, Nathan) (Entered: 06/08/2023) |
| 06/09/2023 | [59](#)<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 57 Order). Notice Date 06/09/2023. (Admin.) (Entered: 06/09/2023) |
| 06/09/2023 | | Receipt of Amendment Filing Fee. Amount 32.00 from Ordell Elizabeth Moon. Receipt Number 30067598. (admin) (Entered: 06/09/2023) |
| 06/15/2023 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 8/8/2023 at 10:00 AM at Tele/Videoconference - www.canb.uscourts.gov/calendars. Debtor appeared. (Burchard, David) (Entered: 06/15/2023) |
| 06/16/2023 | [60](#)<br>(4 pgs) | Courtesy Notice of Error and Request Correction of Intent/Purpose of July 12, 2023 Hearing with Declaration of Service Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (myt) (Entered: 06/16/2023) |
| 06/27/2023 | [61](#)<br>(52 pgs) | Response *TO FIRST AMENDED OBJECTION TO PROOF OF CLAIM OF CITIBANK N.A. with Proof of Service* (RE: related document(s)43 Objection to Claim). Filed by Creditor Cenlar FSB, servicer for Citibank, N.A. (Smith, Nathan) (Entered: 06/27/2023) |
| 06/29/2023 | [62](#)<br>(2 pgs) | Notice of Hearing (RE: related document(s)38 Objection to any Proof of Claim Filed by Deutsche Bank National Trust Company Filed by Debtor Ordell Elizabeth Moon, Interested Party Don Shannon. (Attachments: # 1 proposed order) (myt)). **Hearing scheduled for 8/9/2023 at 10:10 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 (Wan, Fanny) NOTE: Hearing time corrected to 10:10 am per Chapter 13 Calendar Procedures. Modified on 6/30/2023 (lp). (Entered: 06/29/2023) |
| 06/29/2023 | [63](#)<br>(9 pgs) | Response *to the Debtors Objection to any Proof of Claim Filed by Deutsche Bank National Trust Company.* (RE: related document(s)38 Objection to Claim). Filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 (Wan, Fanny) Modified on 6/29/2023 (klr). (Entered: 06/29/2023) |
| 06/29/2023 | [64](#)<br>(2 pgs) | Certificate of Service (RE: related document(s)62 Notice of Hearing, 63 Response). Filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture relating to IMH |

| | | |
|---|---|---|
| | | Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 (Wan, Fanny) (Entered: 06/29/2023) |
| 07/01/2023 | 65 (4 pgs; 2 docs) | Amended Notice of Hearing *on Debtor's Objection to Any Proof of Claim filed by Deutsche Bank national Trust Company* (RE: related document(s)38 Objection to any Proof of Claim Filed by Deutsche Bank National Trust Company Filed by Debtor Ordell Elizabeth Moon, Interested Party Don Shannon. (Attachments: # 1 proposed order) (myt)). **Hearing scheduled for 8/9/2023 at 10:10 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 (Attachments: # 1 Certificate of Service) (Wan, Fanny) (Entered: 07/01/2023) |
| 07/03/2023 | 66 (8 pgs) | Debtor's Response to Response to First Amended Objection to Proof of Claim of Citibank N.A. together with Declaration of Service (RE: related document(s)61 Response). Filed by Debtor Ordell Elizabeth Moon (lj) (Entered: 07/03/2023) |
| 07/11/2023 | 67 (5 pgs) | Trustee's Motion to Dismiss Case *with Attachment A, Declaration and Certificate of Service*. (Burchard, David (tm)) (Entered: 07/11/2023) |
| 07/11/2023 | 68 (2 pgs) | Notice of Hearing *with Certificate of Service* (RE: related document(s)67 Trustee's Motion to Dismiss Case *with Attachment A, Declaration and Certificate of Service*. (Burchard, David (tm))). **Hearing scheduled for 8/9/2023 at 10:10 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Trustee David Burchard (Burchard, David (tm)) (Entered: 07/11/2023) |
| 07/12/2023 | | Hearing Held. Debtor's attorney-in-fact Don Shannon appeared for debtor. Christina Khil appeared for Citibank, N.A. Debtor's objections are overruled for the reasons stated on the record. The claim is allowed as filed. The court finds no basis to award sanctions requested by the debtor. Ms. Khil to submit an order. (related document(s): 43 Objection to Claim filed by Ordell Elizabeth Moon, Don Shannon) (lp) (Entered: 07/12/2023) |
| 07/12/2023 | 69 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 7/12/2023 10:10:00 AM ]. File Size [ 59321 KB ]. Run Time [ 01:01:48 ]. (admin). (Entered: 07/12/2023) |
| 07/18/2023 | 70 (2 pgs) | Certificate of Service *of Proposed Order Denying First Amended Objection to Proof of Claim of Citibank, N.A.* (RE: related document(s)43 Objection to Claim). Filed by Creditor Citibank, N.A. (Smith, Nathan) (Entered: 07/18/2023) |
| 07/19/2023 | 71 (4 pgs; 2 docs) | Order Denying First Amended Objection to Proof of Claim of Citibank N. A. [Docket No. 43] (RE: related document(s)43 Objection to Claim filed by Debtor Ordell Elizabeth Moon, Interested Party Don Shannon). (lp) (Entered: 07/19/2023) |

| | | |
|---|---|---|
| 07/21/2023 | 72<br>(5 pgs) | BNC Certificate of Mailing (RE: related document(s) 71 Order on Objection). Notice Date 07/21/2023. (Admin.) (Entered: 07/21/2023) |
| 07/27/2023 | 73<br>(7 pgs) | Debtor's Opposition to Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation for Cause (RE: related document(s)67 Motion to Dismiss Case (batch)). Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (myt) (Entered: 07/27/2023) |
| 07/27/2023 | 74<br>(11 pgs) | Debtor's Response to Response to Debtor's Objection to Proof of Claim of Deutsche Bank National Trust Company for Cause (RE: related document(s)63 Response). Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (myt) (Entered: 07/27/2023) |
| 08/09/2023 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 9/12/2023 at 02:00 PM at Tele/Videoconference - www.canb.uscourts.gov/calendars. Debtor appeared. (Burchard, David) (Entered: 08/09/2023) |
| 08/09/2023 | | Hearing Held. Trustee David Burchard appeared. Debtor's attorney-in-fact Don Shannon appeared for debtor. Fanny Wan appeared for Deutsche Bank. The motion to dismiss is granted for the reasons stated on the record. The Court will prepare the order. (related document(s): 67 Motion to Dismiss Case (batch)) (lp) (Entered: 08/09/2023) |
| 08/09/2023 | | Hearing Held. Trustee David Burchard appeared. Debtor's attorney-in-fact Don Shannon appeared for debtor. Fanny Wan appeared for Deutsche Bank. The objection is overruled for the reasons stated on the record; the claim is allowed. Ms. Fan to submit an order. (related document(s): 38 Objection to Claim filed by Ordell Elizabeth Moon, Don Shannon) (lp) Modified on 8/9/2023 (lp). (Entered: 08/09/2023) |
| 08/09/2023 | 75<br>(5 pgs; 4 docs) | Order Dismissing Case (Related Doc # 67) Case Management Action due after 9/25/2023. (lp) (Entered: 08/09/2023) |
| 08/09/2023 | 76<br>(7 pgs; 2 docs) | Certificate of Mailing Regarding (RE: related document(s)75 Order Dismissing Case (Related Doc 67) Case Management Action due after 9/25/2023. (lp)). (lp) (Entered: 08/09/2023) |
| 08/09/2023 | 77<br>(1 pg) | 🔊 The Audio File attached to the PDF includes several hearings. Court Date & Time [ 8/9/2023 10:10:00 AM ]. File Size [ 29436 KB ]. Run Time [ 00:30:40 ]. (admin). (Entered: 08/09/2023) |
| 08/10/2023 | 78<br>(3 pgs; 2 docs) | Order on Objection to Any Proof of Claim Filed By Deutche Bank National Trust Company Regarding Objection (RE: related document(s)38 Objection to Claim filed by Debtor Ordell Elizabeth Moon, Interested Party Don Shannon). (lp) (Entered: 08/10/2023) |
| 08/11/2023 | 79<br>(3 pgs) | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) 75 Order on Trustee's Motion to Dismiss Case (batch)). Notice Date 08/11/2023. (Admin.) (Entered: 08/11/2023) |

| | | |
|---|---|---|
| 08/11/2023 | [80](#) (4 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) [75](#) Order on Trustee's Motion to Dismiss Case (batch)). Notice Date 08/11/2023. (Admin.) (Entered: 08/11/2023) |
| 08/11/2023 | [81](#) (8 pgs) | BNC Certificate of Mailing (RE: related document(s) [76](#) Notice). Notice Date 08/11/2023. (Admin.) (Entered: 08/11/2023) |
| 08/12/2023 | [82](#) (4 pgs) | BNC Certificate of Mailing (RE: related document(s) [78](#) Order on Objection). Notice Date 08/12/2023. (Admin.) (Entered: 08/12/2023) |
| 08/23/2023 | [83](#) (2 pgs) | Notice of Appeal to District Court , Fee Amount $ 298. (RE: related document(s)[75](#) Order on Trustee's Motion to Dismiss Case (batch)). Appellant Designation due by 9/8/2023. Statement of Issues due by 9/8/2023. Transmission of Record to District Court due by 9/22/2023. Filed by Debtor Ordell Elizabeth Moon (jmb) (Entered: 08/23/2023) |
| 08/23/2023 | | Receipt of Appeal Filing Fee. Amount 298.00 from Ordell E Moon. Receipt Number 30067637. (admin) (Entered: 08/24/2023) |
| 08/24/2023 | [84](#) (3 pgs; 2 docs) | Service of Notice of Appeal to Christina J. Khil, Fanny Zhang Wan: Attorney for Appellee(s) Ordell Elizabeth Moon: Appellant(s), and United States Trustee via the Bankruptcy Noticing Center. (RE: related document(s)[83](#) Notice of Appeal). (no) (Entered: 08/24/2023) |
| 08/26/2023 | [85](#) (4 pgs) | BNC Certificate of Mailing (RE: related document(s) [84](#) Service of Notice of Appeal). Notice Date 08/26/2023. (Admin.) (Entered: 08/26/2023) |
| 08/31/2023 | [86](#) (11 pgs; 3 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)[83](#) Notice of Appeal, [84](#) Service of Notice of Appeal). (Attachments: # [1](#) Notice of Appeal # [2](#) Appeal Documents) (jmb) (Entered: 08/31/2023) |
| 08/31/2023 | [87](#) (34 pgs; 4 docs) | Motion for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (Attachments: # [1](#) Declaration # [2](#) Exhibits # [3](#) Declaration of Service) (myt) (Entered: 08/31/2023) |
| 08/31/2023 | [88](#) (2 pgs) | Notice of Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate (RE: related document(s)[87](#) Motion for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (Attachments: # 1 Declaration # 2 Exhibits # 3 Declaration of Service) (myt)). Filed by Debtor Ordell Elizabeth Moon , Interested Party Don Shannon (myt) (Entered: 08/31/2023) |
| 09/05/2023 | [89](#) (3 pgs; 2 docs) | Order Denying Motion to Impose Stay (Related Doc # [87](#)) (lp) (Entered: 09/05/2023) |