UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORDELL ELIZABETH MOON,<br>Debtor-Appellant. | Case No. 23-cv-04521-PCP<br><br>**ORDER DENYING MOTION TO IMPOSE STAY AND DENYING MOTION FOR EXTENSION OF TIME**<br><br>Dkt. Nos. 4, 5 |

Appellant Moon moves to impose a stay as to Appellees Citibank, N.A. and Deutsche Bank National Trust Co., creditors who have claimed a security interest in the contested property. ECF No. 4. The Court denies Moon's motion for failing to state an entitlement to a stay under the requirements set forth in Federal Rule of Bankruptcy Procedure 8007(b). The Court's denial is without prejudice. Should she continue to believe a stay is appropriate, Moon may submit a new motion setting forth, with specificity, the reasons why she satisfies each of the requirements of Rule 8007(b).

Moon also moves to extend time to file her principal brief, requesting a continuation of the current deadline by fifteen days, from October 5, 2023 to October 20, 2023. ECF No. 5. Moon misunderstands the briefing schedule in this case, however. As explained in the case management scheduling order, her principal brief is due 30 days after the record from the bankruptcy court is noticed on the electronic docket. ECF No. 2. The record below was noticed on September 26, 2023. ECF No. 3. Accordingly, Moon's opening brief is due on October 26, 2023. Because that deadline falls after the revised deadline requested in the motion, the Court denies Moon's motion to extend her time to file a principal brief.

**IT IS SO ORDERED.**

Dated: October 5, 2023

_____
The Honorable P. Casey Pitts
United States District Judge