UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORDELL ELIZABTH MOON,<br><br>Debtor-Appellant. | Case No. 23-cv-04521-PCP<br><br>**ORDER DENYING MOTIONS TO IMPOSE STAY**<br><br>Dkt. Nos. 7, 8 |

Appellant Moon moves to impose a stay as to Appellees Citibank, N.A. and Deutsche Bank National Trust Co., creditors who have claimed a security interest in the contested property. ECF Nos. 7, 8. The Court denied Moon's prior motion to stay, ECF No. 4, for failing to state an entitlement to a stay under the requirements set forth in Federal Rule of Bankruptcy Procedure 8007(b). ECF No. 6. The renewed motions to stay suffer from the same deficiency.

After the bankruptcy court below denied Moon's initial motion to continue an automatic stay, Moon filed her motion here. To determine if a stay is warranted, a district court must weigh: (1) the likelihood of Moon's success on the merits; (2) significant and/or irreparable harm that will come to Moon absent a stay; (3) harm to Citibank and Deutsche Bank if a stay is granted; and (4) where the public interest lies. *Aniel v. HSBC Bank USA, N.A.*, 633 B.R. 368, 385 (N.D. Cal. 2021). Since Moon has not explained in sufficient detail how she satisfies these requirements, the Court denies her motions to stay without prejudice to the filing of a subsequent motion, should she face imminent irreparable harm and satisfy the other requirements for Rule 8007(b) relief.

**IT IS SO ORDERED.**

Dated: October 20, 2023

1

_____
P. Casey Pitts
United States District Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28