

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

280 South 1st Street

San Jose, CA 95113

*cand.uscourts.gov*

December 12, 2023

RE:  Moon - 23-cv-04521-PCP

Default is declined on December 12, 2023.

Mark B. Busby, Clerk of Court

*Cynthia J. Lenahan*

by:  Cynthia Lenahan
Case Systems Administrator
510-637-3538

*REV. 7-19*